# United States District Court
## District of Maryland

Chambers of
William D. Quarles, Jr.
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

March 28, 2012

Mr. Carlos Scovens, #41716-037
FCI Allenwood Low
Federal Correctional Institution
P.O. Box 1000
White Deer, PA 17887

      Re: *United States of America v. Carlos Scovens*
          Criminal No. WDQ 05-cr-035

Dear Mr. Scovens:

    I received your letter dated March 23, 2012, in which you inquire about (1) the status of your motion for reduction of sentence, and (2) the reason you received a letter from the Federal Public Defender's Office regarding your pro se motion.

    I write to advise you that motions for a reduction of sentence pursuant to § 3582 are reviewed by the United States Probation Office, the Federal Public Defender's Office, and the United States Attorney's Office to determine eligibility to seek a sentence reduction. You are not eligible because you received the mandatory minimum sentence under the statute. Today, I have entered an order denying your motion. You may appeal that denial to the United States Court of Appeals for the Fourth Circuit.

                                                Very truly yours,

                                                William D. Quarles, Jr.
                                                United States District Judge

cc: Felicia C. Cannon, Clerk